Steven J. KELLER, Appellant,

v.

Mike ANDERSON and Gladys Butkovich, Respondents.

No. WD 38172.

Missouri Court of Appeals, Western District.

Jan. 27, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 3, 1987.

Application to Transfer Denied April 14, 1987.

Elwyn L. Cady, Jr., Independence, for appellant.

Sylvester Powell, Jr., Heilbron & Powell, Kansas City, for respondents.

Before TURNAGE, P.J., and SHANGLER, and LOWENSTIEN, JJ.

## ORDER

PER CURIAM:

Appeal from jury verdict for defendant Gladys Butkovich in an action for personal injuries. Mike Anderson was not served and is not a party to this appeal.

Judgment affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Kenneth A. MARTIN, Appellant.

No. WD 38197.

Missouri Court of Appeals, Western District.

Jan. 27, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 3, 1987.

Application to Transfer Denied April 14, 1987.

Sean D. O'Brien, Public Defender, David D. O'Brien, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and SHANGLER and LOWENSTEIN, JJ.

## ORDER

PER CURIAM.

Appeal from conviction of carrying a concealed weapon, § 571.030.1(1) RSMo 1986, and sentence of sixty days' confinement.

Judgment affirmed. Rule 30.25(b).